Dismissed and Memorandum Opinion filed August 21, 2008








 

Dismissed
and Memorandum Opinion filed August 21, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00230-CR

____________

 

DALE CONRAD NELSON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
23rd District Court

Brazoria County,
Texas

Trial Court Cause No.
50,281

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 21, 2008.

Panel consists of Justices Yates,
Seymore, and Boyce.

Do not publish C Tex.
R. App. P. 47.2(b).